| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| JOSE ALVARADO-ZAMARRIPA, | § |
| Petitioner, | § § § |
| *versus* | § CIVIL ACTION NO. 1:17-CV-402 |
| WARDEN, IAH SECURE DETENTION FACILITY | § § § § |
| Respondent. | § |

## MEMORANDUM OPINION AND ORDER

Petitioner, Jose Alvarado-Zamarripa, an inmate formerly confined at the IAH Secure Detention Facility, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition for writ of habeas corpus be dismissed for lack of jurisdiction.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 20th day of March, 2019.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE